United States Courts
Southern District of Texas
FILED

JUL 01 2019

David J. Bradley, Clerk of Court

My name is Effron Anthony Williams #69493-379
In light of Davis vs United States, I request an
Attorney to look into this matter, can I please have
some help with resolving this issue.

Respectfully Submitted

Effron Anthony Williams
#69493-379
F.C.I - Yazoo City Medium
P.O. Box 5000
Yazoo City, Ms. 39194

Effron Williams #69493-379
Federal Correctional Institution
Yazoo City Medium
P.O. Box 5000
Yazoo City, MS. 39194

Legal
Mail

◇69493-379◇
Clerk Of Court
PO BOX 61010
Houston, TX 77208
United States

7720810101 B001