United States District Court
Southern District of Texas
**ENTERED**
July 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:14-CR-275-1 |
| EFFRON ANTHONY WILLIAMS, | § § § | |
| Defendant. | § | |

### ORDER

The Court has received Mr. Effron Williams letter requesting legal advice filed on July 1, 2019. The Court hereby reappoints Daphne Silverman as counsel to assist Mr. Williams.

**IT IS SO ORDERED**.

SIGNED this 3rd day of July, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE